UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8241 MMM (FFMx) | Date | August 26, 2010 |
|---|---|---|---|
| Title | MICHAEL BAKST v. COMMUNITY MEMORIAL HEALTH SYSTEM INC., et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| J. Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) RULING ON SUBMITTED MATTER

The Court has reviewed *in camera* Exhibits 7 and 8 to plaintiff's ex parte application comprising the minutes of the Board of Trustees of the Community Memorial Health System of November 13, 2007 and November 27, 2007. After completing its review, the Court has determined that the information redacted by defendants from the exhibits is protected by the attorney client privilege except as to the following:

With respect to the minutes dated November 13, 2007, the last four lines appearing on page 3 and the first line and two-thirds appearing at the top of page 4 (to the end of the sentence commencing at the end of page 3 and continuing on to page 4). This material merely describes a motion made, seconded, and approved by the board and is not protected by the attorney client or work product privileges.

With respect to the minutes dated November 27, 2007, except the last sentence of section 8 on page 5. This sentence describes an agreement of the members regarding future action and is not protected by the attorney client or work product privileges.

Defendant is ordered to produce copies of the minutes dated November 13, 2007 and November 27, 2007 that reveal the foregoing information found by the Court not to be protected by the end of the day on August 27, 2010. Defendants' obligation to produce the foregoing material is stayed for 10 days from the date of this order to allow defendants an opportunity to object to this order.

                                                                                         :

Initials of Preparer   JM